454 A.2d 168

Commonwealth v. Wyatt, Appellant.

 Submitted December 5, 1980. Barry M. Miller, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and MONTEMURO, JJ.

Order affirmed.